IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
                                FILED ____ LODGED
                                RECEIVED  / COPY

                                  JUN 0 8 2005

                                CLERK U S DISTRICT COURT
                                 DISTRICT OF ARIZONA
                                BY_____ DEPUTY
```

| | |
|---|---|
| Steven Robert Olea, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIV-04-2442-PHX-MS<br>) |
| Southwest Distributing Co.,<br>et al., | ) **JUDGMENT**<br>)<br>) |
| Defendants. | )<br>) |

_____    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **XX**    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this Court having granted Defendants' Motion to Dismiss, Plaintiff take nothing. This Complaint and action are hereby dismissed for lack of jurisdiction and failure to state a claim.

DATED at Phoenix, Arizona, this 8th day of June, 2005.

                              RICHARD H. WEARE
                              DCE/Clerk of Court

                              By:
                                   Deputy Clerk

CIV-21 (7/94)